IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>MORRIS, MARGARET M.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-04850 BL<br><br>JUDGE Bruce W. Black(Joliet) |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Bruce W. Black
       BANKRUPTCY JUDGE

NOW COMES MICHAEL G. BERLAND, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,552.99 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $8,029.85. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 302.99 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 1,552.99 | |

### II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                               $ 0.00

**EXHIBIT E**

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this  11th  day of February  , 2008

/s/Michael G. Berland
SIGNATURE
MICHAEL G. BERLAND, Trustee
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Telephone # (312) 855-1272

**EXHIBIT E**

TRUSTEE TIME

Open bank accounts and prepare necessary tax documents. Inputting of asset and disbursement information during course of administration of case, preparation of disbursement checks, request for tax payer identification number(estimated)........2.5

Inputting of information in connection with receipt of 1 payment, transmission of deposit slips and check to Chase Bank, and maintenance of cash receipt log..............................1.0

Review of 6bank statements, reconcile and approve same.....91.8

Preparation of 2 letters and fax memorandums during administration of case(.03)...................................0.60

Review of 2 letters written during the course of the administration of the estate in connection with obtaining assets and tax return(0.2)..........................................0.4

Prepare 2 annual review reports for this case................1.0

5/30/07-Prepare Motion To Authorize Settlement, Notice Of Motion, Order Notice of Motion, Notice to Creditors. Send notice to all creditors.....................................................1.70

6//22/07-Court appearance in Joliet (including travel time) on Motion To Appoint Auctioneer and To Sell Certain Personal Property At Auction..........................................3.20

Estimated: Preparation of Final Report and attachments, Trustee tasks, costs, and review of all claims filed in bankruptcy court in this case. Preparation of new Distribution Report after court hearing and subsequent electronic filing of Distribution Report, Final Report ............................................. 4.5

Estimated: Appearance in court in Joliet for hearing on Final Report. Prepare and send checks to creditors with letters. Prepare and file Final Account...............................5.0


Trustee fee:$1552.99