**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN RE: | CHAPTER 7 CASE |
|---|---|
| **MORRIS, MARGARET M.** | **CASE NO. 07-04850 BL** |
| Debtor. | JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **U.S. Bankruptcy Court
    Will County Court House
    57 North Ottawa Street
    Room 201
    Joliet, Illinois**

    on: **June 20, 2008**

    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           8,029.85

    b. Disbursements                         $               0.00

    c. Net Cash Available for Distribution   $           8,029.85

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $1,552.99 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $3,181.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 796.94 | $ 796.94 |
| 1I | Discover Bank/Discover Financial Services | $ 33.52 | $ 33.52 |
| 2 | Rmi/mcsi | $ 250.00 | $ 250.00 |
| 2I | Rmi/mcsi | $ 10.51 | $ 10.51 |
| 3 | LVNV Funding LLC | $ 2,134.59 | $ 2,134.59 |
| 3I | LVNV Funding LLC | $ 89.77 | $ 89.77 |
| SURPLUS | MORRIS, MARGARET M. | $ 3,161.53 | $ 3,161.53 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:


Dated: May 9, 2008                          For the Court,


                                            By Kenneth S Gardner
                                               Kenneth S. Gardner
                                               Clerk of the United States Bankruptcy Court
                                               219 S. Dearborn Street; 7th Floor
                                               Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   One NORTH LA SALLE STREET
           Suite 1775
           CHICAGO, IL  60602

Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: sward                  Page 1 of 1                  Date Rcvd: May 09, 2008
Case: 07-04850                  Form ID: pdf002              Total Served: 28

The following entities were served by first class mail on May 11, 2008.
 db           Margaret M. Morris,    17547 Spangler Rd.,    Elwood, IL   60421
 aty         +Ronald D Cummings,    Law Office of Ronald D  Cummings,    121 Springfield Avenue,
               Joliet, IL 60435-6561
 tr          +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
 11247170     Allied Int,    300 Corporate Exch,    Columbus, OH 43231
 11247171    +Allied Interstate Inc,    435 Ford Rd Ste 800,    Minneapolis, MN 55426-1096
 11247172    +American General Finan,    1701 N Larkin Ave Ste 50,    Joliet, IL 60403-1970
 11751111    +American General Financial Services, Inc.,    20 N. Clark Suite 2600,
               Chicago, Illinois 60602-5106
 11247173    +Cb Bess Coll,    1920  3rd Avenue N,    Bessemer, AL 35020-4910
 11247174    +Cbsi,    550 Greensboro Ave Pob 3227,    Tuscaloosa, AL 35401-1547
 11247175    +Credit Management,    4200 International,    Carrollton, TX 75007-1912
 11247176    +Creditors Discount & A,    415 E Main St,    Streator, IL 61364-2927
 11247177    +Dependon Collection Se,    7627 W Lake St 210,    River Forest, IL 60305-1878
 11247179    +Franklin Collection Sv,    2978 W Jackson St,    Tupelo, MS 38801-6731
 11247180    +H&f Law,    33 N Lasalle Ste. 1200,    Chicago, IL 60602-3415
 11247181    +Harvard Collection,    4839 N Elston Ave,    Chicago, IL 60630-2589
 11247182    +Hsbc Nv,    Pob 19360,    Portland, OR 97280-0360
 11247183    +Hsbc/menards,    Pob 15521,    Wilmington, DE 19850-5521
 11247184    +J J Marshall & Assoc,    6060 Collection Dr,    Shelby Township, MI 48316-4946
 11247185    +Midland Credit Mgmt,    8875 Aero Dr,    San Diego, CA 92123-2251
 11247186     Nco Financial Systems,    Pob 41466,    Philadelphia, PA 19101
 11247187     Nco/ Collection Agency,    Pob 41448,    Philadelphia, PA 19101
 11247188    +Rmi/mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
 11247189    +Rskmgtcora,    4450 River Green Pkwy St,    Duluth, GA 30096-2589
 11247191    +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241

The following entities were served by electronic transmission on May 10, 2008.
 11247178      E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2008 03:47:26      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
 11407259      E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2008 03:47:26
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH 43054-3025
 11570873      E-mail/Text: resurgentbknotifications@resurgent.com                   LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
 11247190    +E-mail/Text: resurgentbknotifications@resurgent.com                   Sherman Acquisitions,
               Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 11, 2008**                          **Signature:**   *Joseph Speetjens*